UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 21 2014
Clerk, U.S. District and Bankruptcy Courts

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING
DISCLOSURE OF HISTORICAL CELL
SITE INFORMATION FOR TELEPHONE
NUMBER

Miscellaneous Case. No. 14-286 (JMF)

### ORDER

Pending before the Court is a written Application pursuant to 18 U.S.C. § 2703(d) that seeks historical cell site location information for a period of twenty-two days. For the reasons stated in <u>In the Matter of the Application of the United States of America for an Order Authorizing Disclosure of Historical Cell Site Information for Telephone Number [Redacted]</u>, 1:13-MC-199, 1:13-MC-1005, 1:13-MC-1006, 2013 WL 7856601, at *5-6 (D.D.C. Oct. 31, 2013) (Facciola, M.J.), the Application is denied without prejudice.

It is hereby **ORDERED** that the government's Application is **DENIED** without prejudice; and

It is further **ORDERED** that the docket and all filings in this matter will be sealed for a period of ninety days, unless otherwise ordered by the Court.

**SO ORDERED.**

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE