AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| In Re Matter of Cell Site Information | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  1:14-mc-00286-JMF |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Electronic Frontier Foundation

Date:   04/14/2014

/s/ Nathan Cardozo
*Attorney's signature*

Nathan Cardozo (DC Bar No. 1018696)
*Printed name and bar number*

Electronic Frontier Foundaiton
815 Eddy Street
San Francisco, CA 94109

*Address*

nate@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*